# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**649**

**CAF 12-00439**

PRESENT: CENTRA, J.P., FAHEY, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF CHARLES J. VENNARD, JR.,
PETITIONER-APPELLANT,

V                                                    ORDER

SANDRA L. HAUN AND DOUGLAS P. HAUN,
RESPONDENTS-RESPONDENTS.

---

CARA A. WALDMAN, FAIRPORT, FOR PETITIONER-APPELLANT.

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARK C. DAVISON OF COUNSEL), FOR RESPONDENTS-RESPONDENTS.

PETER J. DEGNAN, ATTORNEY FOR THE CHILDREN, ALFRED.

---------------------------------------------------------------------------------------------------

    Appeal from an order of the Family Court, Allegany County (Thomas P. Brown, J.), entered February 3, 2012 in a proceeding pursuant to Family Court Act article 6.  The order dismissed the petition for custody.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 7, 2013                          Frances E. Cafarell
                                                Clerk of the Court